IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TERRENCE T. DAILEY #709586 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv191 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-entitled and numbered petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the petition is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**. Any and all motions which may be pending in this civil action are hereby **DENIED**.

So ORDERED and SIGNED this 8th day of April, 2013.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**